FILED
BILLINGS DIV.
2007 JUN 22 PM 2 35
PATRICK E. DUFFY, CLERK
BY _____
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSE ANGEL TORRES-GUARDADO,<br><br>                Defendant. | No.  CR 07-22-BLG-RCT<br><br>FINDINGS AND<br>RECOMMENDATIONS<br>CONCERNING PLEA |

    The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to the charge of conspiracy to distribute methamphetamine contained in the Indictment.

    After examining the Defendant under oath, the Court determined that the guilty plea was knowingly, intelligently, and voluntarily entered; that the Defendant fully understands his constitutional rights and the extent to which such rights are waived; and that the offense charged and to which a guilty plea was entered contained each of the essential elements of the offense.

NOTICE:  Objections to these Findings and Recommendation are waived unless filed and served within ten (10) days.  28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).      -1-

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true.  I recommend that the Defendant be adjudged guilty and that sentence be imposed.

DATED this 22nd day of June, 2007.

_____
CAROLYN S. OSTBY
United States Magistrate Judge

NOTICE:  Objections to these Findings and Recommendation are waived unless filed and served within ten (10) days.  28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

-2-